UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PILLSBURY COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation,<br><br>Defendant. | Court File No. 03-6560 DSD/SRN<br><br>**PLAINTIFF'S DISCLOSURE OF<br>EXPERT WITNESSES** |

Pursuant to the Pretrial Scheduling Order of the Court the Stipulation of the Parties and Rule 26 of the Federal Rules of Civil Procedure Plaintiff hereby identifies the following experts.

1. Donald A. Gorowsky
   Jody Zimmerman
   Financial Advisors LLC
   450 Baker Building
   706 Second Avenue South
   Minneapolis, MN 55402

2. John Moyer
   Vice President
   Casualty Claims Consultants
   505 North Fox Trail
   Round Lake, IL 60073-2355

October 5, 2004     ZELLE, HOFMANN, VOELBEL, MASON
                                                                & GETTE LLP

/s/ Mark J. Feinberg
Lawrence Zelle (119878)
Mark J. Feinberg (28654)
500 Washington Avenue South
Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020

**ATTORNEYS FOR PLAINTIFF
THE PILLSBURY COMPANY**

286982v1