UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE PILLSBURY COMPANY, a corporation,

    Plaintiff,

vs.

ZURICH AMERICAN INSURANCE COMPANY, a corporation,

    Defendant.

Court File No.  03-6560 DSD/SRN

**AFFIDAVIT OF CHAD A. SNYDER**

---

STATE OF MINNESOTA )
                               ) SS.
COUNTY OF HENNEPIN )

Chad A. Snyder, being first duly sworn, states and affirms as follows:

1. I am one of the attorneys representing The Pillsbury Company in this matter and submit this Affidavit as part of Pillsbury's opposition to Zurich's motion to extend.  I have personal knowledge of the facts stated below, unless otherwise indicated.

2. Attached as Exhibit 1 is a true and correct copy of a November 30, 2001 letter from Brent Robbins to Roger Watkins.

3. Attached as Exhibit 2 are true and correct copies of photographs of pieces of the Nytex screen that were found in Pillsbury products in June 2001.

4. Attached as Exhibit 3 is a true and correct copy of Pillsbury's Answers to Zurich's Second Set of Interrogatories.

5. Attached as Exhibit 4 are true and correct copies of relevant pages from the deposition of John Weddle.

6. Attached as Exhibit 5 is a true and correct copy of the May 17, 2002 claim Pillsbury submitted to Zurich in this matter.

7. Attached as Exhibit 6 is a true and correct copy of the version of the Zurich American policy that Zurich produced to Pillsbury in March 2004.

8. Attached as Exhibit 7 is a true and correct copy of a May 29, 2003 letter from Desmond Sullivan to Mark Feinberg.

9. Attached as Exhibit 8 is a true and correct copy of an April 8, 2004 letter from Desmond Sullivan to Brent Robbins.

10. Attached as Exhibit 9 are true and correct copies of relevant pages from the deposition of Kevin McCoy.

11. Attached as Exhibit 10 is a true and correct copy of an October 2, 2003 e-mail drafted by Kevin McCoy.

12. Attached as Exhibit 11 is a true and correct copy of an October 21, 2003 e-mail drafted by Kevin McCoy.

13. Attached as Exhibit 12 is a true and correct copy of a November 4, 2003 e-mail drafted by Kevin McCoy.

14. Attached as Exhibit 13 is a true and correct copy of a December 4, 2003 e-mail drafted by Kevin McCoy.

3

15.   Attached as Exhibit 14 is a true and correct copy of the seepage and/or pollution exclusion from the General Mills property insurance program that was in effect from September 1996 to September 1999.

16.   Attached as Exhibit 15 are true and correct copies of records of payments made by Zurich American Insurance Company for losses General Mills sustained when eyeglasses and a flashlight were ground up in General Mills products.

s/ Chad A. Snyder

Subscribed and sworn to before
me this 13th day of July, 2005.

Paula G. Kindt

294857v1