# EXHIBIT A

**COPY**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE PILLSBURY COMPANY, a )
corporation, )
 )
 )
           Plaintiff, )
 )
 ) Court File No.:
    vs. ) 03-6560 DSD/SRN
 )
 )
ZURICH AMERICAN INSURANCE )
COMPANY, a corporation, )
 )
           Defendant. )
 )

The deposition of **CATHERINE M. LUNDGREN**, called by the Plaintiff for examination, pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Kimberly A. Rizzo, CSR, License No. 84-3339, at 10 South LaSalle Street, Suite 1600, Chicago, Illinois, on Monday, May 23, 2005, commencing at the hour of 9:00 o'clock a.m.

Reported for
LAKE SHORE REPORTING SERVICE, by
Kimberly A. Rizzo, CSR

1   was sent."
2           Ms. Lundgren, prior to December 31,
3   2003, was Endorsement 5 sent to Marsh?
4        A.   Yes.
5        Q.   Who sent Endorsement 5 to Marsh?
6        A.   I do not know.
7        Q.   Was Endorsement 5 sent to Marsh by Zurich
8   North America?
9        A.   Yes.
10       Q.   But as you sit here today as the company's
11  representative, you could not identify the name of the
12  person at Zurich North America who sent Endorsement 5
13  to Marsh, correct?
14       A.   Correct.
15       Q.   From what location was Endorsement 5 sent
16  to Marsh?
17       A.   1400 American Lane, Schaumburg, Illinois.
18       Q.   How was Endorsement 5 sent to Marsh?
19       A.   In the mail.
20       Q.   Regular U.S. mail?
21       A.   I do not know for sure.
22       Q.   Have you seen any documentation
23  substantiating that Endorsement 5 was sent to Marsh,
24  like a transmittal letter, a certificate for certified

1   mail, a Federal Express receipt, something of that
2   nature?
3       A.   I have not.
4       Q.   I'm sorry.
5       A.   I have not.
6       Q.   So you have never seen any written
7   documentation substantiating the manner in which Zurich
8   North America sent Endorsement 5 to Marsh, correct?
9       A.   I have not.
10      Q.   Is that correct?
11      A.   That is correct.
12      Q.   When was Endorsement 5 sent to Marsh?
13      A.   November 2000.
14      Q.   How do you know that?
15      A.   Reviewing the underwriting file.
16      Q.   What specifically in the underwriting file
17  led you to conclude that Endorsement 5 was sent to
18  Marsh in November 2000?
19      A.   It was sent -- there was an e-mail in the
20  file stating -- to Zurich UK stating that the renewal
21  certificate, which Endorsement No. 5 was part of, was
22  mailed and it stated the date.  I don't recall the
23  exact date, but it was November 2000.
24      Q.   If you would turn to Exhibit 2, please,

1      Q.   Ms. Lundgren, you've also been designated
2  as Zurich American's corporate representative to
3  respond to concerns concerning Topic 20.  Topic 20
4  states, "The transmission of the Renewal Certificate
5  Declarations to Marsh, including the name of the person
6  who sent it, the location from which it was sent, the
7  manner in which it was sent, when it was sent, where it
8  was sent, and the person to whom it was sent."
9           My first question, Ms. Lundgren, is, to
10 your knowledge, as the company's corporate
11 representative, did Zurich American ever transmit the
12 Renewal Certificate Declarations for the July 1 renewal
13 to Marsh?
14     A.   Yes.
15     Q.   To whom were the renewal certificates sent
16 to at Marsh?
17     A.   I do not know if they were sent to a
18 specific individual's attention and, if so, to which
19 specific individual.
20     Q.   Who at Zurich American sent the Renewal
21 Certificate Declarations to Marsh?
22     A.   I do not know.
23     Q.   From what location did Zurich American send
24 the Renewal Certificate Declarations to Marsh?

```
 1         A.    1400 American Lane, Schaumburg, Illinois.
 2         Q.    How did Zurich American send the Renewal
 3   Certificate Declarations?
 4         A.    Via the mail.
 5         Q.    Regular U.S mail?
 6         A.    I do not know.
 7         Q.    Have you ever seen any documentation
 8   substantiating the manner in which Zurich American sent
 9   the Renewal Certificate Declarations to Marsh?
10         A.    Similar to the question on Endorsement 5, a
11   transmittal that, no, I -- no.
12         Q.    So in your review of the underwriting file
13   at Zurich American for the Diageo account and as part
14   of your preparation to testify as the company's
15   corporate representative here today, you have never
16   seen any documentation of a transmittal -- of an actual
17   transmittal of the Renewal Certificate Declarations to
18   Marsh?
19         A.    No.
20         Q.    Is that correct?
21         A.    That is correct.
22         Q.    When did Zurich American send the Renewal
23   Certificate Declarations to Marsh for the July 1, 2000,
24   renewal?
```

1   A.   November 2000.

2   Q.   Is it your testimony that the Renewal
3   Certificate Declarations were sent to Marsh at the same
4   time Zurich American sent Endorsement 5?

5   A.   That is correct.

6   Q.   So if it was sent to Marsh at the time of
7   Endorsement 5, it was sent to Marsh in New York?

8   A.   That is correct.

9   Q.   Have you ever seen any documentation from
10  Marsh back to Zurich, either Zurich UK or Zurich North
11  American, that Marsh New York had received the Renewal
12  Certificate Declarations and Endorsement 5 for the
13  renewal of the local policy to be effective July 1,
14  2000?

15  A.   I do not recall seeing anything telling me
16  that.

17  Q.   Telling you that or telling Zurich North
18  America that?

19  A.   Telling Zurich North America that.

20  Q.   If you'd look at the Renewal Certificate
21  Declarations that's on page numbered 3 of Exhibit 2.
22  At the very bottom it states, "Countersigned at," and
23  then "By," and "Countersignature Date."  And all of
24  those are blank, correct?

1   policy?

2       A.   When you state did Zurich give

3   notification, are you talking -- stating Zurich North

4   America or Zurich UK?

5       Q.   We can break it down. Did Zurich North

6   America give written notice to Diageo and Pillsbury

7   advising that there was going to be a limitation or

8   reduction in the coverage Zurich would be providing on

9   the July 1, 2000, renewal of the local policy?

10       A.   I do not believe so.

11       Q.   Do you know whether Zurich UK ever gave

12   Pillsbury or Diageo written notice prior to July 1,

13   2000, that there was going to be a limitation or

14   reduction in the coverage Zurich would be providing in

15   the July 1, 2000, renewal of the local policy?

16       A.   I do not know.

17       Q.   Ms. Lundgren, isn't it true that the local

18   policy that was actually issued for the July 1, 2000,

19   time period did not contain either the Renewal

20   Certificate Declarations or Endorsement 5?

21       A.   I'm sorry. I didn't understand that

22   question.

23       MS. ST. PETER: If you could read it back,

24   please.

```
 1                    (WHEREUPON, the record was read by
 2                    the reporter as requested.)
 3   BY THE WITNESS:
 4        A.   The July 1, 2000, renewal included a
 5   Renewal Certificate Declaration and Endorsement No. 5.
 6   BY MS. ST. PETER:
 7        Q.   All right.  So it's your testimony that the
 8   policy that was actually issued for the renewal did
 9   include both the Renewal Certificate Declaration and
10   Endorsement 5?
11        A.   Yes.
12        Q.   You can shake your head at me, but your
13   documents say otherwise.
14                    (WHEREUPON, Lundgren Deposition
15                    Exhibit No. 3 was marked for
16                    identification.)
17   BY MS. ST. PETER:
18        Q.   Ms. Lundgren, I'm handing you what the
19   court reporter has marked as Exhibit 3 to your
20   deposition.  If you'll please take a moment to look at
21   it.
22                    For the record, Exhibit 3 is a
23   multi-page document bearing Bates Nos. ZU00475 -- I'm
24   sorry.  Bearing Bates Nos. ZU00472 through 00477.
```