# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PILLSBURY COMPANY, a corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a corporation,<br><br>   Defendant. | Court File No. 03-6560 DSD/SRN<br><br>**AFFIDAVIT OF CHAD A. SNYDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

STATE OF MINNESOTA )
         ) SS.
COUNTY OF HENNEPIN )

Chad A. Snyder, being first duly sworn, states and affirms as follows:

1. I am one of the attorneys representing The Pillsbury Company in this matter and submit this Affidavit as part of Pillsbury's opposition to Zurich's motion for partial summary judgment.

2. Attached as Exhibit A are relevant pages from the deposition of Cathy Lundgren.

3. Attached as Exhibit B is an exchange of e-mail between Cathy Lundgren and Melanie Bosbery, dated November 20, 2000.

4. Attached as Exhibit C are relevant pages from the deposition of Kevin McCoy.

5. Attached as Exhibit D is a copy of an October 21, 2003 e-mail drafted by Kevin McCoy.

6. Attached as Exhibit E is a copy of an August 18, 2000 e-mail from Carla Lane to Cathy Lundgren.

7. Attached as Exhibit F is a copy of a November 4, 2003 e-mail drafted by Kevin McCoy.

8. Attached as Exhibit G is a copy of an April 8, 2004 letter from from Desmond Sullivan to Brent Robbins.

9. Attached as Exhibit H is a copy of Pillsbury's Notice of Rule 30(b)(6) deposition, served on Zurich.

10. Attached as Exhibit I are the relevant pages from the Rule 30(b)(6) deposition of John Weddle, as well as a copy of the Rule 30(b)6) notice Zurich served on Pillsbury.

11. Attached as Exhibit J is a copy of a photograph of some of the pieces of Nytex screen that were found in Pillsbury biscuit mix.

s/ Chad A. Snyder

Subscribed and sworn to before
me this 8th day of August, 2005.

Paula G. Kindt