UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Pillsbury Company, a corporation, | Court File No.: 03-6560 DSD/SRN |
| Plaintiff, | |
| v. | **AFFIDAVIT OF TIMOTHY S. POESCHL** |
| Zurich American Insurance Company, a corporation, | |
| Defendant. | |

---

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

TIMOTHY S. POESCHL, being first duly sworn upon oath deposes and states as follows:

1. That your Affiant is one of the attorneys representing Defendant Zurich American Insurance Company ("Zurich") in the above-captioned matter, and in such capacity, is familiar with the facts and circumstances surrounding the present lawsuit.

2. That attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Cathy Lundgren.

3. That attached hereto as Exhibit B is a true and correct copy of an August 14, 2000 email from Joanna Campbell.

4. That attached hereto as Exhibit C is a true and correct copy of the deposition transcript of John Weddle.

5. That attached hereto as Exhibit D is a true and correct copy of Weddle deposition Exhibit 27.

6.  That attached hereto as Exhibit E is a true and correct copy of the deposition of Kevin McCoy.

**FURTHER YOUR AFFIANT SAITH NOT.**

Dated: August 15, 2005            s/ Timothy S. Poeschl
                                  Timothy S. Poeschl

Subscribed and sworn to before me
this 15th day of August, 2005.

s/ Beth A. Meyer
Notary Public

G:\HLK\18991\Pldgs\SJReply.Afftsp.doc